**168**

Gilbert P. SIMONS, as Executor of the Last Will and Testament of Kate R. Simons, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Respondent.

No. 82, Docket 23720.

United States Court of Appeals Second Circuit.

Argued Oct. 6, 1955.

Decided Oct. 24, 1955.

Writ of Certiorari Denied Jan. 16, 1956.

See 76 S.Ct. 323.

George Trosk, New York City (Gallop, Climenko & Gould and Lester J. Tanner, New York City, on the brief), for plaintiff-appellant.

Frederic G. Rita, Atty., Dept. of Justice, Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack and A. F. Prescott, Attys., Dept. of Justice, Washington, D. C., and Leonard P. Moore, U. S. Atty. for the Eastern Dist. of N. Y., and Elliott Kahaner, Asst. U. S. Atty., Brooklyn, N. Y., on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and MEDINA and LUMBARD, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Inch, 135 F.Supp. 461.

Charles O. WILLIAMSON, Appellant,

v.

William H. HARDWICK, Warden, United States Penitentiary, Atlanta, Ga., et al., Appellees.

No. 15705.

United States Court of Appeals Fifth Circuit.

Oct. 19, 1955.

Charles O. Williamson, in pro. per.

James W. Dorsey, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and CAMERON, Circuit Judges.

PER CURIAM.

The proceeding out of which this appeal grows was commenced by a petition of habeas corpus, the basis of which was that the action of the United States Board of Parole in first paroling him and later revoking the parole was illegal. The district judge in dismissing the petition correctly stated the facts and applied the controlling law thereto. For the reasons and upon the authorities stated by the district judge, 135 F.Supp. 463, the judgment appealed from is affirmed.